UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK OBAH,

                              Plaintiff,

                -against-

JOSEF SILNY & ASSOCIATES INC.,

                              Defendant.

26-CV-2822 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated April 9, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    May 26, 2026
          New York, New York

                                        _____
                                          Louis L. Stanton
                                          U.S.D.J.