UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK OBAH,

                    Plaintiff,

           -against-

JOSEF SILNY & ASSOCIATES INC.,

                  Defendants.

26 CIVIL 02822 (LLS)

## CIVIL JUDGMENT

For the reasons stated in the May 26, 2026, order, the complaint, filed in forma pauperis

("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      SO ORDERED.

Dated:   May 28, 2026
          New York, New York

                          /s/ Louis L. Stanton
                          LOUIS L. STANTON
                      United States District Judge