UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK OBAH,

                    Plaintiff,

          -against-

JOSEF SILNY & ASSOCIATES INC.,

                    Defendant.

26-CV-2822 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated May 26, 2026 and judgment entered May 28, 2026, the Court dismissed this action because Plaintiff did not file an amended complaint within the 30-day leave period provided by the Court's order dated April 9, 2026. (ECF Nos. 7, 8.) By letter dated May 27, 2026 and docketed the following day, Plaintiff filed a letter explaining that he filed his amended complaint by email on May 10, 2026, but neglected to include the docket number on the pleading, which presumably caused a delay in docketing. (ECF No. 10, at 1.) The letter attaches his May 10, 2026 email to the court in which he attached his amended complaint. (*Id*. at 2.) He requests that the court accept his amended complaint, which was also docketed on May 28, 2026. (ECF No. 9), as timely.

The Court liberally construes Plaintiff's letter as a motion for reconsideration, grants Plaintiff's motion, and directs the Clerk of Court to reopen this action.

### CONCLUSION

The Court construes Plaintiff's amended complaint (ECF No. 9) and letter (ECF No. 10) as a motion for reconsideration of the Court's order of dismissal (ECF No. 7) and judgment (ECF No. 8). Plaintiff's motion is granted.

2

The Court directs the Clerk of Court to vacate the order of dismissal (ECF No. 7) and judgment (ECF No. 8). The Clerk of Court is further directed to re-open this action.

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.